**Motion Granted; Order filed October 25, 2016**



In The

# Fourteenth Court of Appeals

_____

NO.  14-16-00560-CV
_____

**EDMOND C. MUNOZ AND HOUSTON-HARRIS DIVISION PATROL, INC., Appellants**

**V.**

**SECURE1ONE SECURITY & INVESTIGATION, INC., AND TEXAS1ONE PROTECTION SERVICES, LLC, Appellees**

On Appeal from the 151st District Court
Harris County, Texas
Trial Court Cause No. 2013-18912

## ORDER

The parties to this appeal filed an agreed motion to adopt a briefing schedule and word limits. The motion is granted. Accordingly, we order the following due dates and word limits in this appeal:

| Party | Brief | Due Date | Word limit |
|---|---|---|---|
| Munoz/Houston-Harris Div. Patrol | Appellant's opening brief | January 13, 2017 | 15,000 |
| Secure1One/Texas1One | Appellee's response brief/Cross-appellant's brief | February 13, 2017 | 30,000 |
| Munoz/Houston-Harris Div. Patrol | Appellant's reply brief/Cross appellee's brief | February 27, 2017 | 22,500 |
| Secure1One/Texas1One | Appellee's reply brief | March 13, 2017 | 7,500 |

PER CURIAM